1 | Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
2 | First Library Square
1114 Fremont Avenue
3 | South Pasadena, CA 91030-3227

4 | Tel:  626-799-9797
Fax: 626-799-9795
5 | TPRLAW@att.net

6 | Attorneys for Plaintiff
J & J Sports Productions, Inc.

7

8 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9

10 | J & J Sports Productions, Inc.,        CASE NO. 4:15-cv-01957-JSW

11 |              Plaintiff,        STIPULATION OF DISMISSAL OF
PLAINTIFF'S COMPLAINT AGAINST
12 |         vs.        DEFENDANT JOSE FRANCISCO RAMOS,
individually and d/b/a EL YAHULICA TACOS
13 | Jose Francisco Ramos,        AND ORDER THEREON

14
                Defendant.
15

16

17 |        **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS.

18 | INC. and Defendant JOSE FRANCISCO RAMOS, individually and d/b/a EL YAHULICA TACOS,

19 | that the above-entitled action is hereby dismissed **without prejudice** against JOSE FRANCISCO

20 | RAMOS, individually and d/b/a EL YAHULICA TACOS and subject to the Court's jurisdiction to

21 | enforce the settlement agreement reached between the Parties.

22 |        **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a

23 | motion to reopen this action by July 1, 2016, the dismissal shall be deemed to be **with prejudice**.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

STIPULATION OF DISMISSAL
Case No. 4:15-cv-01957-JSW
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 7, 2015      *s/Thomas P. Riley*
                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                 By: Thomas P. Riley
                 Attorneys for Plaintiff
                 J & J SPORTS PRODUCTIONS, INC.

Dated:                      *PLEASE SEE THE ATTACHED*
                 **JOSE FRANCISCO RAMOS**
                 individually and d/b/a EL YAHULICA TACOS

**IT IS SO ORDERED:**

                                   Dated:_____
_____
**The Honorable Jeffrey S. White**
**United States District Court**
**Northern District of California**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

**Please See Attached**

Dated:
_____
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By:  Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 8-26-2015      *Francisco J Ramos*
JOSE FRANCISCO RAMOS
individually and d/b/a EL YAHULICA TACOS

If either party seeks to re-open this case, they shall demonstrate in their motion that the Court still has jurisdiction over the matter.
**IT IS SO ORDERED:**

*Jeffrey S White*
**The Honorable Jeffrey S. White**
**United States District Court**
**Northern District of California**

Dated: __October 7, 2015__

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 24, 2015, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT JOSE FRANCISCO RAMOS, individually and d/b/a EL YAHULICA TACOS**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Jose F. Ramos                    (Defendant)
2699 Monument Blvd., Suite I
Concord, CA 94520

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 24, 2015, at South Pasadena, California.

Dated: August 24, 2015

VANESSA VENTURA

STIPULATION OF DISMISSAL
Case No. 4:15-cv-01957-JSW
PAGE 3